EMPIRE CITY SUBWAY COMPANY, LIMITED, Appellant, *v.* BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY et al., Respondents.

*Empire City Subway Co.* v. *B. & S. A. R. R. Co.*, 87 Hun, 279, affirmed. (Argued May 9, 1899; decided June 6, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered May 27, 1895, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and affirming an order granting an extra allowance.

*Melville Egleston* for appellant.

*Elihu Root* and *Samuel B. Clarke* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur.

---

MATILDA G. JOHNSON, Respondent, *v.* WILLIAM H. COCHRANE et al., Appellants.

*Johnson* v. *Cochrane*, 91 Hun, 165, affirmed. (Argued May 9, 1899; decided June 6, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered December 12, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Hugo Hirsh* for appellants.

*Edward J. McCrossin* for respondent.

Judgment and order affirmed, with costs, on opinion below. All concur.